IN The Court of Appeals

For The First District of Texas

AT Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON, TE

MAY -6 2015

CHRISTOPHER A. PRINE
CLERK _____

Cause Nos. 01-13-00739cr, 01-13-00740cr, 01-13-00741cr, 01-13-00742cr,

Benny Joseph Walker, Appellant

V.

State of Texas, Appellee

§ Appeals of Causes Nos. 16,407;
§ 16,408; 16,409; 16,410
§ From The 21st District Court
§ of Washington County, Texas

Appellant's Motion for En Banc Rehearing

To The Honorable Judges of said Court:

Comes now Benny Joseph Walker, Appellant, moving the Court for an En Banc hearing in accordance with Texas Rule of Appelate Procedure rule 64.

For good cause appellate asks this Court for a full panel review of above stated causes to evaluate the merits of arguments and controlling authorities cited in Appellants Direct Appeal.

Appellant prays this Court, due to the severity of the issues and the 229 year sentence would justify the requested impartial review.

Respectfully submitted on April 27, 2015.

Benny Joseph Walker
TDCJ # 01877490
James V. Allred Unit
2101 Fm. 369 N.
Iowa Park, Texas 76367

I, _Benny Joseph Walker_, Appellant, do hereby swear and affirm that a copy of Appellant's Motion for Rehearing was sent to the Prosecuting Attorney of the 21st District Court of Washington County, Texas,

Ms. Julia Renken, District Attorney
Courthouse Annex
110 S. Park Street
Brenham, Texas 77833

by U.S. mail by placing in U.S. Mail Box at Allred Unit of TDCJ on April 27, 2015

Benny Joseph Walker
TDCJ# 01877490
James V. Allred Unit
2101 F.M. 369 N.
Iowa Park, Texas
76367

Benny Walker TDCJ #01877460
James V. Allred Unit.
2101 F.m. 369 N.
Iowa Park, Texas 76367

Legal Mail

Court of Appeals, First District
301 Fannin Street, Suite 245
Houston, Texas 77002-2066

77002206270